

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00134-CV

_____

DAMON CHILDS, Appellant

V.

TARRANT COUNTY COLLEGE DISTRICT, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-301745-18

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On October 16, 2019, we notified pro se appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). On October 28, 2019, appellant filed a motion seeking an extension, but after considering it and the response of appellee Tarrant County College, we denied the motion for extension and ordered that appellant file his appellate brief with this court by November 21, 2019. We have received no brief.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: December 19, 2019

2